# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MIEYOSHI TYREE EDWARDS

NO. 2022 KW 1321

**FEBRUARY 1, 2023**

---

In Re:   Mieyoshi Tyree Edwards, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-20-03688, DC-20-03689.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                                        **JMG**
                                        **EW**
                                        **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT